IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

     Plaintiff,                    No. CIV S-08-0180 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.              <u>ORDER</u>

/

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, challenging informal policies at the California Institution for Men (CIM) in Chino which restrict inmates' opportunities for exercise. He also alleges that his access to the prison grievance system has been restricted. Most of the defendants are prison officials at CIM, but plaintiff has also named the Director of the Department of Corrections and Rehabilitation (CDCR) and some other officials of CDCR as defendants.

         The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the

/////

1

1  subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
2  there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
3           Venue of this action is technically appropriate in the Eastern District of California
4  because CDCR officials reside in this district.  However, plaintiff alleges that the challenged
5  policy is an informal one, suggesting that the involvement of the CDCR officials is minimal.
6  Moreover, the events giving rise to the action occurred in Chino.  Accordingly, the court is
7  transferring this action to the Central District of California pursuant to 28 U.S.C. § 1404(a) in the
8  interests of justice.
9           IT IS THEREFORE ORDERED that this action is transferred to the Central
10 District of California.
11 DATED: April 11, 2008.

_____
U.S. MAGISTRATE JUDGE

2/
brow0180.21c